[No. 8698–7–I. Division One. March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS GONZALES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 54847, Waldo F. Stone, J., entered June 20, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 3786–0–III. Division Three. March 17, 1981.]

DENNIS B. SWARTOUT, *Appellant,* v. PINE SHED CAFE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–06035–1, Donald N. Olson, J., entered December 21, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 3691–0–III. Division Three. March 17, 1981.]

JAMES A. POWELL, *Appellant,* v. FRANK J. ROBINSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–03966–1, Donald N. Olson, J., entered October 22, 1979. *Reversed* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.